## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SINOSTAR GLOBAL LTD.

      Plaintiff,

    v.

RAKUTEN KOBO, INC.

      Defendant.

Civil Action No.: 4:20-cv-00096

### NOTICE OF APPEARANCE OF JOSHUA L. RASKIN

Please enter the appearance of the undersigned on behalf of Defendant Rakuten Kobo,

Inc., in the above -captioned matter.

Date: September 17, 2020

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Joshua L. Raskin*
    Joshua L. Raskin
    200 Park Avenue
    New York, NY  10166
    (212) 801-6930
    raskinj@gtlaw.com

*Counsel for Defendant Rakuten Kobo, Inc.*