UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SINOSTAR GLOBAL LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil No. 4:20-cv-00096-ALM |
| RAKUTEN KOBO, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation for Dismissal with Prejudice (Dkt. #39).

It is **ORDERED** that all claims and counterclaims in this action are **DISMISSED** with

prejudice subject to the terms of the parties' Settlement and License Agreement dated June

10, 2021. All attorneys' fees and costs are to be borne by the party that incurred them.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 6th day of July, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE